No. 437. HINDERLIDER, STATE ENGINEER, ET AL. *v.* LAPLATA RIVER & CHERRY CREEK DITCH Co. January 10, 1938. Upon consideration of the memorandum of the Attorney General of the United States, filed at the request of the Court embodied in the order of October 25, 1937, and in view of the Act of August 24, 1937, c. 754, 50 Stat. 751, the Court hereby certifies to the Attorney General of the United States that the constitutionality of a compact, affecting the public interest, between the States of Colorado and New Mexico of November 27, 1922, approved by Congress on January 29, 1925, is drawn in question in this cause.

No. 14. FEDERAL TRADE COMMISSION *v.* STANDARD EDUCATION SOCIETY ET AL. January 10, 1938. The motion of the respondents to amend the opinion (*ante,* p. 112) is denied.

No. 334. RAINIER NATIONAL PARK Co. *v.* MARTIN, GOVERNOR. Appeal from the District Court of the United States for the Western District of Washington. Argued January 11, 12, 1938. Decided January 17, 1938. *Per Curiam:* Judgment affirmed. *Mid-Northern Co.* v. *Montana,* 268 U. S. 45. *Mr. F. D. Metzger,* with whom *Mr. Edgar N. Eisenhower* was on the brief, for appellant. *Mr. R. G. Sharpe* for appellee.